UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.       Criminal No. 11-cr-163-01-JL

<u>Sheena Levesque</u>

<u>O R D E R</u>

 The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; Final Pretrial is rescheduled to March 26, 2012 at 2:30 p.m.; Trial is continued to the two-week period beginning April 3, 2012, 9:30 a.m.

 Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

 SO ORDERED.

/s/ Joe Laplante

Joseph N. Laplante
Chief Judge

Date: February 22, 2012
cc: Debra M. Walsh, AUSA
  Jeffrey S. Levin, AFD
  U.S. Marshal
  U.S. Probation