UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                    Criminal No. 11-cr-163-01-JL

<u>Sheena Levesque</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 14) filed by defendant is granted; Final Pretrial is rescheduled to April 30, 2012 at 9:30 a.m.; Trial is continued to the two-week period beginning May 1, 2012, 9:30 a.m.  The court appreciates counsel's conscientious inclusion of a STA calculation in the motion.

    The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                _____
                                                Joseph N. Laplante
                                                Chief Judge

Date:  March 15, 2012

cc:  Jeffrey S. Levin, AFD
     Debra M. Walsh, Esq.
     U.S. Marshal
     U.S. Probation